David B. Thomas – UT 3228
Attorney for Plaintiffs
Office of the General Counsel

Brigham Young University
A-350 ASB
Provo, Utah 84602
Telephone: 801-422-4722
Facsimile: 801-422-0265
Dave_Thomas@byu.edu

Leo R. Beus (admitted *pro hac vice*)
L. Richard Williams (admitted *pro hac vice*)
Timothy J. Paris (admitted *pro hac vice*)
Adam C. Anderson (admitted *pro hac vice*)
Keith C. Ricker (admitted *pro hac vice*)
Lee M. Andelin – UT 10830
Victoria W. Romney – UT 7434
BEUS GILBERT PLLC
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251
Telephone: 480-429-3000
Facsimile: 480-429-3100
lbeus@beusgilbert.com
rwilliams@beusgilbert.com
tparis@beusgilbert.com
aanderson@beusgilbert.com
kricker@beusgilbert.com
landelin@beusgilbert.com
vromney@beusgilbert.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| BRIGHAM YOUNG UNIVERSITY, a Utah Non-Profit Education Institution; and Dr. DANIEL L. SIMMONS, an individual, Plaintiffs, vs. PFIZER, INC., a Delaware Corporation, G.D. SEARLE & COMPANY, a Delaware corporation, G.D. SEARLE LLC, a Delaware Limited Liability Company, MONSANTO COMPANY, a Delaware Corporation; and PHARMACIA CORPORATION, a Delaware Corporation, Defendants. | Case Number: 2:06CV00890DAK  **ORDER REGARDING STIPULATION TO AMEND PROTECTIVE ORDER**  (Assigned to the Honorable Dale A. Kimball) |

**IT IS HEREBY ORDERED:** approving the above-captioned parties Stipulation to amend paragraph 4(b)(3) of the Protective Order and substitute Steven M. Craig for Eric Davis.

IT IS SO ORDERED this 9th day of November, 2007.

*[signature: Dale A. Kimball]*
Honorable Dale A. Kimball
United States District Judge

Approved as to form:

**BEUS GILBERT PLLC**

By ___/s/L. Richard Williams___
 Leo R. Beus (admitted *pro hac vice*)
 L. Richard Williams (admitted *pro hac vice*)
 Timothy J. Paris (admitted *pro hac vice*)
 Adam C. Anderson (admitted *pro hac vice*)
 Lee M. Andelin (Utah Bar No. 10830)
 Victoria W. Romney (Utah Bar No. 7434)
 Attorneys for Plaintiffs

OFFICE OF THE GENERAL COUNSEL
 David B. Thomas (Utah Bar No. 3228)
 BRIGHAM YOUNG UNIVERSITY

**SIDLEY AUSTIN LLP**

By ___/s/Lisa Schneider___
 Lisa Schneider
 One South Dearborn Street
 Chicago, IL 60603
 Attorney for Defendant Pfizer