James S. Jardine (1647)
Mark M. Bettilyon (4798)
Rick B. Hoggard (5088)
Arthur B. Berger (6490)
Samuel C. Straight (7638)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
jjardine@rqn.com
mbettilyon@rqn.com
rhoggard@rqn.com
aberger@rqn.com
sstraight@rqn.com

Leo R. Beus (*pro hac vice*)
L. Richard Williams (*pro hac vice*)
Keith C. Ricker (*pro hac vice*)
Adam C. Anderson (*pro hac vice*)
Victoria W. Romney – UT 7434
BEUS GILBERT PLLC
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251
Telephone: 480-429-3000
Facsimile: 480-429-3100
lbeus@beusgilbert.com
rwilliams@beusgilbert.com
kricker@beusgilbert.com
aanderson@beusgilbert.com
vromney@beusgilbert.com

David B. Thomas – UT 3228
BYU – GCO
A-350 ASB
Provo, Utah 84602
Dave_Thomas@byu.edu

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH CENTRAL DIVISION

| BRIGHAM YOUNG UNIVERSITY, a Utah Non-Profit Education Institution; and Dr. DANIEL L. SIMMONS, an individual, Plaintiffs, vs. PFIZER, INC., a Delaware Corporation, G.D. SEARLE & COMPANY, a Delaware corporation, G.D. SEARLE LLC, a Delaware Limited Liability Company, MONSANTO COMPANY, a Delaware Corporation; and PHARMACIA CORPORATION, a Delaware Corporation, Defendants. | Case Number: 2:06CV00890DAK<br><br>**MOTION TO COMPEL AMENDED INTERROGATORY RESPONSES AND TO DEEM ADMITTED BYU'S REQUEST FOR ADMISSION**<br><br>(Assigned to the Honorable Dale A. Kimball)<br><br>Magistrate Judge Brooke C. Wells |
|---|---|

Pursuant to Rule 37(a), *Fed. R. Civ. P.*, Plaintiffs Brigham Young University and Dr. Daniel Simmons (collectively, "BYU") move to compel Defendants Pfizer, Inc., *et al.* (collectively, "Pfizer") to serve a supplemental response to BYU's Second Set of Interrogatories and for the Court to deem admitted BYU's Request for Admission. In the alternative, if the Court does not deem admitted BYU's Request for Admission, BYU moves for an Order compelling Pfizer to admit or deny the request. BYU has conferred with Pfizer in good faith to resolve this dispute, but those efforts proved unsuccessful. This Motion is supported by the contemporaneously filed (1) Memorandum in Support of Motion to Compel Amended Interrogatory Responses and to Deem Admitted BYU's Request For Admission and (2) Exhibits Supporting Motion to Compel Amended Interrogatory Responses And To Deem Admitted BYU's Request For Admission.

DATED this 18th day of April 2008.

BEUS GILBERT PLLC

By  /s/ *Keith C. Ricker*
    Leo R. Beus (*pro hac vice*)
    L. Richard Williams (*pro hac vice*)
    Adam C. Anderson (*pro hac vice*)
    Keith C. Ricker (*pro hac vice*)
    Victoria W. Romney (Utah Bar No. 7434)0

    James S. Jardine
    Mark M. Bettilyon
    Rick B. Hoggard
    Arthur B. Berger
    Samuel C. Straight
RAY QUINNEY & NEBEKER P.C.

OFFICE OF THE GENERAL COUNSEL

    David B. Thomas (Utah Bar No. 3228)
    BRIGHAM YOUNG UNIVERSITY

## CERTIFICATE OF SERVICE

I, hereby certify that on the 18th day of April, 2008, I electronically filed the foregoing Motion to Compel Amended Interrogatory Responses And To Deem Admitted BYU's Request For Admission with the Clerk of the United States District, District of Utah Central Division, using the CM/ECF system which sent notification of such filing to the following:

Lisa A. Schneider, Esq.
Richard O'Malley, Esq.
Neil H. Wyland, Esq.
Todd L. Krause, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
Telephone:  312-853-3577
Facsimile:  312-853-7036
lschneider@sidley.com
romalley@sidley.com
nwyland@sidley.com
tkrause@sidley.com

George Haley, Esq.
David R. Parkinson, Esq.
Holme Roberts & Owen LLP
299 South Main Street
Suite 1800
Salt Lake City, UT  84111
Telephone:  801-521-5800
Facsimile:  801-521-9639
George.Haley@hro.com
David.parkinson@bro.com

And the following non-CM/ECF participant was served by U.S. mail, postage prepaid, to the following:

Charles W. Douglas, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

/s/   Keith C. Ricker