# MEMORANDUM

FILED
U.S. DISTRICT COURT
2009 NOV 30 P 2: 47
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

**TO:** D. Mark Jones
Clerk of the Court

**FROM:** Bruce S. Jenkins
U.S. Senior District Judge

**DATE:** November 30, 2009

**SUBJECT:** Brigham Young University, et al. v. Pfizer, et al.
Case No. 2:06-cv-890

Case: 2:06cv00890
Assigned To : Stewart, Ted
Referral Judge: Wells, Brooke C.
Assign. Date : 11/30/2009
Description: Brigham Young University et al v. Pfizer et al

I find I must recuse myself from this case.

Would you please see that this case is reassigned to another judge pursuant to our computer program.

BRUCE S. JENKINS
U.S. Senior District Judge