# EXHIBIT 2

## Keith Ricker

**From:** Adam Anderson
**Sent:** Thursday, April 08, 2010 4:04 PM
**To:** Keith Ricker
**Subject:** FW: Requested Extension

---

**From:** Mark Bettilyon [mailto:mbettilyon@RQN.COM]
**Sent:** Thursday, April 08, 2010 4:01 PM
**To:** Leo Beus; Richard Williams; Adam Anderson
**Subject:** FW: Requested Extension

See below. Looks like we will need to file our motion to Amend the complaint

---

**From:** George Haley [mailto:George.Haley@hro.com]
**Sent:** Thursday, April 08, 2010 4:51 PM
**To:** Mark Bettilyon
**Cc:** Patricia Gray
**Subject:** Requested Extension

Mark: We are unwilling to grant your request for additional time in which to file an Amended Complaint.

Regards,

George

Confidentiality Notice - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is Strictly Prohibited. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

Federal Tax Advice Disclaimer - We are required by U. S. Treasury Regulations to inform you that, to the extent this message includes any federal tax advice, this message is not intended or written by the sender to be used, and cannot be used, for the purpose of avoiding federal tax penalties.