# EXHIBIT 1

# BEUS GILBERT
### PLLC
#### ATTORNEYS AT LAW

4800 NORTH SCOTTSDALE ROAD
SUITE 6000
SCOTTSDALE, ARIZONA 85251-7616
(480) 429-3000
FAX (480) 429-3100

ADAM C. ANDERSON
DIRECT (480) 429-3018

EMAIL: AANDERSON@BEUSGILBERT.COM

17219-0001

20 May 2010

**VIA E-MAIL**

Lisa A Schneider, Esq.
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603

　　　　Re:　　***Brigham Young University, et al. v. Pfizer, et al.*, Case No. 06-890**

Dear Lisa:

　　　　Assuming the Court does not adjust the existing trial schedule, please provide dates before the discovery cut-off for the following depositions:

Fourteen Hour Depositions

Philip H. Needleman

Other Depositions

| | | |
|---|---|---|
| Joseph W. Bulock | Peter Isakson | John J. Talley |
| Mark Currie | Kathleen Leahy | Tom Warren |
| James Gierse | Len Lee | Ben Zweifel |
| Scott Hauser | Diana McWilliams | |
| Barry Haymore | Beverly Reitz | |

Discovery Depositions

| | | |
|---|---|---|
| Richard DeSchutter | Shaukat Rangwala | Jan Williams |

　　　　Plaintiffs still plan to take a 30(b)(6) discovery deposition and will provide a notice soon. I look forward to hearing from you.

Lisa Schneider
20 May 2010
Page 2

---

Sincerely,

BEUS GILBERT PLLC

Adam C. Anderson

ACA/dmw

cc: George Haley
Richard O'Malley
Dan Webb
John Dougherty
Leo R. Beus
L. Richard Williams
Mark Bettilyon
Keith C. Ricker

::ODMA\PCDOCS\BGD\93557\1