UNITED STATES DISTRICT COURT
DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| BRIGHAM YOUNG UNIVERSITY, a Utah non-profit educational institution; and DR. DANIEL L. SIMMONS, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., a Delaware corporation, G.D. SEARLE & COMPANY, a Delaware corporation, G.D. SEARLE LLC, a Delaware limited liability company, MONSANTO COMPANY, a Delaware corporation; and PHARMACIA CORPORATION, a Delaware corporation,<br><br>    Defendants. | **ORDER GRANTING THIRD STIPULATED MOTION TO AMEND PROTECTIVE ORDER**<br><br>Case No. 2:06CV00890 TS<br><br>Honorable Ted Stewart<br><br>Magistrate Judge Brooke C. Wells |

All provisions of the Protective Order (Doc. 43), the Amended Protective Order (Dkt. 362), and the Second Amended Protective Order (Dkt. 392) remain in full force and effect except as follows:

IT IS HEREBY ORDERED that pleadings, discovery requests, and responses (including any documents cited therein) and transcripts of depositions (including exhibits) containing HIGHLY CONFIDENTIAL INFORMATION may be made available to and inspected by Defendants' in-house counsel, Dean Olson, for the purpose of determining whether to submit, and for the purpose of submitting, documents to the United States Patent and Trademark Office in connection with on-going reissue proceedings.

Dated: July 12, 2010.   BY THE COURT:

_____
Magistrate Judge Brooke C. Wells

2

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of July, 2010, a true and correct copy of the foregoing

**[PROPOSED] ORDER GRANTING THIRD STIPULATED MOTION TO AMEND**

**PROTECTIVE ORDER** was served on counsel for plaintiffs as follows:

| | |
|---|---|
| Mark M. Bettilyon | _____ U.S. Mail, postage prepaid |
| Rick B. Hoggard | __X__ Hand Delivery |
| Arthur B. Berger | _____ Facsimile |
| Samuel C. Straight | _____ Overnight courier |
| RAY QUINNEY & NEBEKER P.C. | __X__ E-Mail and/or CM/ECF |
| 36 South State Street, Suite 1400 | |
| Salt Lake City, Utah 84111 | |
| | |
| Leo R. Beus (pro hac vice) | _____ U.S. Mail, postage prepaid |
| L. Richard Williams (pro hac vice) | _____ Hand Delivery |
| Adam C. Anderson (pro hac vice) | _____ Facsimile |
| Keith C. Ricker (pro hac vice) | __X__ Overnight courier |
| Victoria W. Romney – UT 7434 | __X__ E-Mail and/or CM/ECF |
| BEUS GILBERT PLLC | |
| 4800 North Scottsdale Road, #6000 | |
| Scottsdale, AZ 85251 | |
| | |
| David B. Thomas | __X__ U.S. Mail, postage prepaid |
| Office of General Counsel | _____ Hand Delivery |
| Brigham Young University | _____ Facsimile |
| A-350 ASB | _____ Overnight courier |
| Provo, UT 84602 | __X__ E-Mail and/or CM/ECF |

*Attorneys for Plaintiffs*

/s/ _____

3

#271010 v1 slc