James S. Jardine (1647)
Mark M. Bettilyon (4798)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
jjardine@rqn.com
mbettilyon@rqn.com
rhoggard@rqn.com
aberger@rqn.com
sstraight@rqn.com

Leo R. Beus (admitted *pro hac vice*)
L. Richard Williams (admitted *pro hac vice*)
Mark C. Dangerfield (admitted *pro hac vice*)
BEUS GILBERT PLLC
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona  85251
Telephone: 480-429-3000
Facsimile:  480-429-3100
lbeus@beusgilbert.com
rwilliams@beusgilbert.com
mdangerfield@beusgilbert.com

David B. Thomas – (3228)
Office of the General Counsel
Brigham Young University
A-350 ASB
Provo, Utah 84602
Telephone:  801-422-4722
Facsimile:  801-422-0265
Dave_Thomas@byu.edu

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| BRIGHAM YOUNG UNIVERSITY, a Utah Non-Profit Education Institution; and Dr. DANIEL L. SIMMONS, an individual,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>PFIZER, INC., a Delaware corporation; G.D. SEARLE & COMPANY, a Delaware corporation; G.D. SEARLE LLC, a Delaware limited liability company; MONSANTO COMPANY, a Delaware corporation; and PHARMACIA CORPORATION, a Delaware corporation,<br><br>　　　　　　　　　　　　Defendants. | Case Number: 2:06-CV-890-TS (BCW)<br><br>**NOTICE OF CONVENTIONAL FILING**<br><br>Judge Ted Stewart<br><br>Magistrate Judge Brooke C. Wells |

PLEASE TAKE NOTICE THAT BYU and Daniel L. Simmons are conventionally filing the following documents:

**1. CONSOLIDATED EXHIBITS TO PLAINTIFFS' OPPOSITIONS TO PFIZER'S MOTIONS FOR SUMMARY JUDGMENT 1-13**

These documents have not been filed electronically because:

\_\_\_\_   it cannot be converted to electronic format

**X**   the electronic file size of this material exceeds 2 megabytes (MB)

\_\_\_\_   the Court by order has excused electronic filing

\_\_\_\_   it is exempt from electronic filing pursuant to § \_\_\_\_ of the ECF Policy & Procedures Manual *(specific list of documents including administrative records, ex parte submissions, etc.)*

**X**   they are filed under seal.

DATED this 22nd day of December, 2011.

                                                          **BEUS GILBERT PLLC**

                                                          By   /s/*Mark C. Dangerfield*
                                                               Leo R. Beus
                                                                L. Richard Williams
                                                                 Mark C. Dangerfield

                                                         RAY QUINNEY & NEBEKER P.C.
                                                                James S. Jardine
                                                                Mark M. Bettilyon

                                                         OFFICE OF THE GENERAL COUNSEL
                                                                David B. Thomas
                                                                BRIGHAM YOUNG UNIVERSITY

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of December, 2011, I electronically filed the foregoing NOTICE OF CONVENTIONAL FILING with the Clerk of the United States District, District of Utah Central Division, using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Richard O'Malley, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Telephone: 312-853-3577<br>Facsimile: 312-853-7036<br>romalley@sidley.com | John Caleb Dougherty<br>Richard T. Mulloy<br>Kathy J. Owen<br>DLA PIPER<br>6225 Smith Avenue<br>Baltimore, MD  21209<br>Telephone:  410-580-4140<br>Facsimile:  410-580-3140<br>john.dougherty@dlapiper.com<br>richard.mulloy@dlapiper.com<br>kathy.owen@dlapiper.com |
| Brent O. Hatch<br>Phillip J. Russell<br>Hatch, James & Dodge, P.C.<br>10 W. Broadway, Ste. 400<br>Salt Lake City, UT  84101<br>Telephone: 801-363-6363<br>Facsimile: 801-363-6666<br>bhatch@hjdlaw.com<br>prussell@hjdlaw.com | William F. Lee<br>Amy K. Wigmore<br>WilmerHale<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br>william.lee@wilmerhale.com<br>amy.wigmore@wilmerhale.com |

/s/*Mark C. Dangerfield*