IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BRIGHAM YOUNG UNIVERSITY, and Dr. DANIEL L. SIMMONS,<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING MOTION TO EXPEDITE<br><br><br><br>Case No. 2:06-CV-890 TS |

This matter is before the Court on Plaintiffs' Motion to Expedite Consideration of BYU's Motion for Permission to Provide Certain Documents to Teva Pharmaceuticals. The Motion for Permission is currently referred to Magistrate Judge Wells. Plaintiffs ask: (1) to have this Court un-refer the Motion for Permission from Magistrate Judge Wells in order to save time and duplication of effort from an "inevitable" appeal, and (2) for an expedited briefing schedule. The Court will deny the Motion to Expedite to the extent it asks this Court to consider the Motion for Permission now. The Motion for Permission will remain referred to Magistrate Judge Wells. The Motion to Expedite remains pending before Judge Wells as to the request for accelerated briefing on the Motion for Permission. It is therefore

1

ORDERED that Plaintiffs' Motion to Expedite Consideration of BYU's Motion for Permission to Provide Certain Documents to Teva Pharmaceuticals (Docket No. 857) is DENIED IN PART as set forth above.

DATED   February 2, 2012.

BY THE COURT:

_____
TED STEWART
United States District Judges