Brent O. Hatch (5715)
  bhatch@hjdlaw.com
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Richard T. Mulloy (*pro hac vice*)
   Richard.mulloy@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone:  (619) 699-4787
Facsimile:  (619) 764-6787

William F. Lee (*pro hac vice*)
  william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Defendants Pfizer Inc., G.D. Searle LLC, and Pharmacia Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| BRIGHAM YOUNG UNIVERSITY, a Utah non-profit educational institution; and DR. DANIEL L. SIMMONS, an individual,<br><br>     Plaintiffs,<br><br>vs.<br><br>PFIZER INC., a Delaware corporation, G.D. SEARLE & COMPANY, a Delaware corporation, G.D. SEARLE LLC, a Delaware limited liability company, MONSANTO COMPANY, a Delaware corporation; and PHARMACIA CORPORATION, a Delaware corporation,<br><br>     Defendants. | **NOTICE OF CONVENTIONAL FILING:**<br><br>**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE EXPERTS JOHN P. ASHTON, JOHN MORRIS, AND THOMAS A. ZLAKET, AARON X. FELLMETH, REBECCA S. EISENBERG, AND EDWARD T. LENTZ**<br><br>Case No. 2:06CV00890<br><br>Honorable Ted Stewart<br><br>Magistrate Judge Brooke C. Wells |

PLEASE TAKE NOTICE THAT Defendants Pfizer Inc., G.D. Searle LLC, and Pharmacia Corporation (collectively, "Defendants") have conventionally filed the following documents:

1. **Defendants' Memorandum in Support of Motion to Exclude Experts John P. Ashton, John Morris, Thomas A. Zlaket, Aaron X. Fellmeth, Rebecca S. Eisenberg, and Edward T. Lentz**

These documents have not been filed electronically because:

_X_ they are filed under seal pursuant to protective order

___ they cannot be converted to electronic format

___ the electronic file size of this material exceeds 2 megabytes (MB)

___ they are exempt from electronic filing pursuant to §___ of the ECF Policy & Procedure Manual

These documents have been served electronically via email on all counsel of record.

DATED this 24th day of April 2012.

                                                */s/  Brent O. Hatch*
Brent O. Hatch
**HATCH, JAMES & DODGE, P.C.**

Richard T. Mulloy (*pro hac vice*)
**DLA PIPER LLP**

William F. Lee (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**

*Attorneys for Defendants Pfizer Inc., G.D. Searle LLC, and Pharmacia Corporation*