Brent O. Hatch (5715)
  bhatch@hjdlaw.com
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

William F. Lee (*pro hac vice)*
  william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Richard T. Mulloy (*pro hac vice*)
  richard.mulloy@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone:  (619) 699-4787
Facsimile:  (619) 764-6787

*Attorneys for Defendants Pfizer Inc., G.D. Searle LLC, and Pharmacia Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| BRIGHAM YOUNG UNIVERSITY, a Utah non-profit educational institution; and Dr. DANIEL L. SIMMONS, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>PFIZER INC., a Delaware corporation, G.D. SEARLE & COMPANY, a Delaware corporation, G.D. SEARLE LLC, a Delaware limited liability company, MONSANTO COMPANY, a Delaware corporation; and PHARMACIA CORPORATION, a Delaware corporation,<br><br>        Defendants. | **ERRATA TO DEFENDANTS' MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR CHANGE OF VENUE**<br><br>Case No.  2:06cv00890<br><br>Judge: Honorable Ted Stewart<br><br>Magistrate Judge:  Honorable Brooke C. Wells |

Footnote 2 of the Defendants' Memorandum in Support of Emergency Motion for Change of Venue includes a link to the April 25, 2012 KUTV evening news broadcast of the interview with Dave Thomas.  Defendants have learned that the link provided in Footnote 2 is not static, but changes with each KUTV news report.  Defendants file this Errata to provide a static link to the April 25, 2012 KUTV news report: http://www.kutv.com/news/topstories/stories/vid_1171.shtml

Respectfully submitted this 27th day of April, 2012.

/s/ Brent O. Hatch _____
Brent O. Hatch
**HATCH, JAMES & DODGE, P.C.**

Richard T. Mulloy
**DLA PIPER LLP**

William F. Lee
**WILMER CUTLER PICKERING HALE AND DORR LLP**

*Attorneys for Defendants Pfizer Inc., G.D. Searle LLC, and Pharmacia Corporation*

-1-