James Jardine (1647)
  jjardine@rqn.com
Mark M. Bettilyon (4798)
  mbettilyon@rqn.com
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Leo R. Beus (*pro hac vice*)
  lbeus@beusgilbert.com
L. Richard Williams (*pro hac vice*)
  rwilliams@beusgilbert.com
BEUS GILBERT PLLC
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251
Telephone: (480) 429-3000
Facsimile: (480) 429-3100

*Attorneys for Plaintiffs*

Brent O. Hatch (5715)
  bhatch@hjdlaw.com
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

William F. Lee (*pro hac vice*)
  william.lee@wilmerhale.com
WILMER HALE LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Richard T. Mulloy (*pro hac vice*)
  Richard.mulloy@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 669-4787
Facsimile: (619) 764-6787

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| BRIGHAM YOUNG UNIVERSITY, a Utah non-profit educational institution; and Dr. DANIEL L. SIMMONS, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>PFIZER INC., a Delaware corporation, G.D. SEARLE & COMPANY, a Delaware corporation, G.D. SEARLE LLC, a Delaware limited liability company, MONSANTO COMPANY, a Delaware corporation; and PHARMACIA CORPORATION, a Delaware corporation,<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No.  2:06cv00890<br><br>Judge: Honorable Ted Stewart<br><br>Magistrate Judge: Honorable Brooke C. Wells |

## STIPULATION AND ORDER OF DISMISSAL

The Court, upon the consent and request of Plaintiffs and Defendants, hereby acknowledges the following Stipulation and issues the following Order.

Brigham Young University, et al., v. Pfizer Inc., et al., Case No. 2:06cv00890, is referred to herein as the "Action."

All claims and counterclaims, defenses, motions, and petitions asserted in this Action are dismissed with prejudice;

The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order; and

This Stipulation And Order shall finally resolve the Action between the parties. Each party shall bear its own fees and costs in connection with the Action, including attorney fees.

The Clerk of the Court is directed to enter this Stipulation And Order forthwith.


/s/ James S. Jardine_____            /s/ Brent O. Hatch_____
James S. Jardine                                Brent O. Hatch
RAY QUINNEY & NEBEKER P.C.                      HATCH, JAMES & DODGE, P.C.

*Attorney for Plaintiffs*                        *Attorney for Defendants*



**SO ORDERED**:

This ___ day of June, 2012

 

_____
HON. TED STEWART
United States District Judge